Name Cory Joe Pearson
Street Address 6103 Royal Coach Circle Unit E
City and County bakersfield, Kern
State and Zip Code CA 93306
Telephone Number 714.862-0410

**FILED**

MAR 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Cory Joe Pearson
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Bakersfield Police Department
VCAT Team
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:18 CV 00372 LJO JLT
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
               *(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CoryJoe Pearson
   Street Address: 6103 Royal Coach Circle Unit E
   City and County: bakersfield Kern
   State and Zip Code: CA. 93306
   Telephone Number: 714.802.0410

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Bakersfield Police Department
   Job or Title (if known): VCFT Team
   Street Address: 1600 Truxtun Ave
   City and County: Bakersfield Ca 93301 Kern
   State and Zip Code: Ca 93301
   Telephone Number: 661-327-7111

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

2

Defendant No. 3

    Name                       _____

    Job or Title
    (if known)                _____

    Street Address        _____

    City and County       _____

    State and Zip Code   _____

    Telephone Number   _____

Defendant No. 4

    Name                       _____

    Job or Title
    (if known)                _____

    Street Address        _____

    City and County       _____

    State and Zip Code   _____

    Telephone Number   _____

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

title 42 of the united states code section 1983

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Cory Joe Pearson, is a citizen of the State of (name) California.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) Bakersfield PD VCFT, is a citizen of the State of (name) California. Or is a citizen of (foreign nation) _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiff's federal civil rights were violated by police officers via; title 42 of the united states code section 1983.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached document.

On 4-4-2017 I, Cory Joe Pearson, was arrested by Bakersfield Police Departments (VCAT) team. Here's what happened.

Early in the morning after waking up, I exited my motel room at the Vagabond Inn on Colony Street to smoke a cigarette. As I walked out the room heading to the car to get my cigarettes so I could smoke, I noticed a suspicious SUV with blacked out tinted windows slowly approaching in my direction. After a few seconds pass, I'm still walking towards the car, I take a second to look at the vehicle that is still slowly coming towards me at which point it stops, the doors fly open, and all I see is guns and all I hear is "Get the fuck on the ground." I immediately get on the ground in a prone out position and yell that I'm un-armed as I watch the officers run towards me. Once the officers reach me, one of the officers knees me in the face, as another officer gets on my back and pulls my hands behinds me and hand cuffs my hands behind my back. By this time there are now 4 or 5 officers around me and one says "Welcome to the party" and starts hitting me with his retractable police baton repeatedly while I was already handcuffed and held down. Which resulted in multiple compound fractures. The officer did not stop beating me until my left leg broke and tore through my skin. By this time, I already had a broken ankle with bones sticking out in two places on the same left leg.

I was transported to Kern Medical Center via ambulance and was taken into surgery where I had to have a 16 inch rod put in my leg bone, along with multiple pins. I was in the hospital for about 10 days before being taken to county jail, where I was put in the infirmary. All this is solely because of the beating from the officers using their batons.

My medical records from this incident will prove what I said along with proving the injuries I sustained during my arrest. Along with my medical records there are pictures from when I arrived at the hospital that show I had not a single mark anywhere on my body other than my legs and feet. These pictures will prove that I had to have been on the ground and my hands and arms had to of been immobilized by either being handcuffed already or being held down by other officers. If this was not the case I would have had marks on my arms and/or hands since a person natural reflex natural reflex when being hit by someone or something is to try and block and stop the blows to ones person.

It was been almost a year and I'm still recovering from this beating. I stay in pain constantly and will never be able to walk normally. The officers involved I have had previous encounters with prior to this happening. I'm sick of being injured by officers. It's not ok how these officers think they can do what they want without having to answer to anyone for their actions just because they are officers.

       Sincerely,

       Cory Pearson

```
                    ** WORK COPY - NOT FOR MEDICAL RECORD **
STATUS: COMPLETED
KERN MEDICAL                                    02/02/2018 15:12    Page:  1
-----------------------------------------------------------------------------
 PATIENT NAME                     | AGE | SEX |    MRN     | CLAIM NUMBER
 PEARSON,CORY J                   |  34 |  M  | 0000661316 |
-----------------------------------------------------------------------------
  ADM DATE   | DISC DATE  | TYPE OF RELEASE    | INP | ABS | WARD NO
 APR 4,2017  |            |                    |     |     |
-----------------------------------------------------------------------------
DICTATION DATE:                         TRANSCRIPTION DATE: APR 12,2017
LOCAL TITLE: PHY DISCHARGE SUMMARY DICTATED
TRANSCRIPTIONIST: HASHEMI,SAEED A

KERN MEDICAL CENTER
Owned and Operated by the County of Kern
1700 Mt. Vernon Avenue
Bakersfield, CA  93306
(661) 326-2000

DISCHARGE SUMMARY

PATIENT NAME:  PEARSON, CORY
MEDICAL RECORD #:  661316
ACCOUNT #:  1709401164
DICTATING CAREGIVER:  Saeed Hashemi, PA
ATTENDING PHYSICIAN:  Arturo Gomez, MD
DATE OF ADMISSION:
DATE OF DISCHARGE:  04/10/2017

DATE OF BIRTH:  03/26/1983

AGE:  34

GENDER:  Male.

DATE OF OPERATION:  04/04/2017

PREOPERATIVE DIAGNOSIS:  Traumatic open left tibia shaft fracture and closed
distal left fibula fracture.

POSTOPERATIVE DIAGNOSIS:  Traumatic open left tibia shaft fracture and closed
distal left fibula fracture.

OPERATIONS AND PROCEDURES:  Irrigation and debridement and IMN left tibia.

OTHER DIAGNOSES:  None.

HOSPITAL COURSE:  The patient is an incarcerated gentleman who was brought to


PATIENT: PEARSON,CORY J                      FORM 10-1000 DISCHARGE SUMMARY
0000661316  DOB: 03/26/1983                                           C O P Y
```

```
                    ** WORK COPY - NOT FOR MEDICAL RECORD **
STATUS: COMPLETED
KERN MEDICAL                                   02/02/2018 15:12    Page:   2
------------------------------------------------------------------------------
 PATIENT NAME                    | AGE | SEX |    MRN       | CLAIM NUMBER
 PEARSON,CORY J                  | 34  |  M  | 0000661316   |
------------------------------------------------------------------------------
   ADM DATE    | DISC DATE  | TYPE OF RELEASE  | INP | ABS | WARD NO
 APR 4,2017    |            |                  |     |     |
------------------------------------------------------------------------------
```

the emergency department by ___ for medical clearance who was struck by police baton, sustained right leg injury with open wound and left ankle and foot pain.
  The patient's x-ray indicated traumatic open left tibia shaft fracture and closed distal fibula fracture. The patient was consented for irrigation and debridement and intramedullary nailing of open left tibia fracture and closed treatment of distal fibula fracture. Course of the operation as well as hospitalization was uneventful. The patient had consented prior to the operation under general anesthesia. The risks, benefits, alternatives as well as prognosis and diagnosis were discussed in detail with the patient and he agreed and signed the informed consent. Postop, he was provided with physical therapy and pain management, discharged in stable condition back to the infirmary on 04/07/2017.

DISPOSITION:  To infirmary.

ACTIVITY:  Nonweightbearing, left lower extremity.

MEDICATIONS:  Norco 5/325 p.o. q.4 h. p.r.n. pain and Apixaban 2.5 mg p.o. b.i.d. x21 days, 3 weeks.

DIET:  Regular.

DISABILITY:  6 months.

FOLLOW-UP:  Orthopedic clinic in 2 weeks.


Dictated by:  Saeed Hashemi, PA


SH/m2
Dictation Date & Time:  04/12/2017 14:54:00
Transcription Date & Time:  04/12/2017 15:14:02
Work Type:      03
Job/Confirmation#:    1146


PATIENT: PEARSON,CORY J                    FORM 10-1000 DISCHARGE SUMMARY
0000661316  DOB: 03/26/1983                                      C O P Y

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
STATUS: COMPLETED
------------------------------------------------------------------------
NOTE DATED: 04/04/2017 09:52
LOCAL TITLE: ED PHY BRIEF
VISIT: 04/04/2017 08:15 EMERGENCY ROOM
ñtime provider seen 4/4/17 0830

EMERGENCY DEPARTMENT HISTORY AND PHYSICAL

CHIEF COMPLAINT: Med Clearance for jail/juvenile hall
Historian: Patient, Law Enforcement
Arrived by: Walk-in with law enforcement
Nursing notes reviewed
HISTORY OF PRESENT ILLNESS:
The patient is a 34 year old MALE who is presents for
med clearance for jail s/p baton strikes to the L lower leg. Reports L lower leg,
foot pain. Patient and officer deny trauma to any other area.
Symptoms were sudden in onset, consatnt ,no known aggravating or alleviating
factors.

REVIEW OF SYSTEMS
No headache
No chest pain
No dyspnea

all other systems reviewed and are negative

PMH:
None

SURGICAL HISTORY:
Orthopedic procedure

Nursing Note Medications: No Home Medications

SOCIAL HISTORY
    Tobacco:   Yes
    Alcohol:   Yes
    Drugs:     Positive

FAMILY HISTORY: Denies
IMMUN: Up to date
ALLERGIES: PENICILLIN

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
PEARSON,CORY J                      KERN MEDICAL        Printed:02/02/2018 15:12
0000661316 DOB:03/26/1983     Pt Loc: OUTPATIENT                  Vice SF 509
------------------------------------------------------------------------
```

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages: $5million potential future loss of financial earnings

aggravated damages: $10million police acted in a high handed, unpleasant way.

exemplary damages: $5million unconstitutional actions

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 22 2018

Signature of Plaintiff: Cory Pearson

Printed Name of Plaintiff: Cory Joe Pearson