# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JOE PEARSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAKERSFIELD POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No.: 1:18-cv-0372- LJO- JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A HEARING<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT NO LATER THAN MAY 20, 2018 |

Cory Joe Pearson requests a hearing with the Court to "clarify what needs to be amended in the case." (Doc. 4) In addition, Plaintiff reports he is seeking consultation as to how to proceed with the action and requests an extension of time to file an amended complaint. (Doc. 5) Previously, the Court reviewed the factual allegations in Plaintiff's complaint and found he failed to identify sufficient facts to support his claim for the use of excessive force. (Doc. 3)

In granting leave to amend, the Court informed Plaintiff that he must provide additional facts to support his claims. As the Court explained, to the extent he seeks to hold individual officers liable for excessive force, he must identify the officers and state what each of them did to violate his constitutional rights. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Simmons v. Navajo County, Ariz.*, 609 F.3d 1011, 1020-21 (9th Cir. 2010). There must be an actual connection or link between the actions of the officer and the civil rights violation alleged to have been suffered by Plaintiff. *See Rizzo v. Goode*, 423 U.S. 362, 371-72 (1976). Thus, the Court directed Plaintiff provide additional facts

1

concerning the actions taken by each officer during the course of his arrest.

Because the Court provided the applicable legal standards to Plaintiff concerning the claim presented in his complaint and identified the factual deficiencies in its order dated April 2, 2018 (Doc. 3), a hearing is not necessary. Moreover, though the Court is obligated to explain how his complaint is deficient—and the Court did this in the prior order—the Court is not permitted to advise the plaintiff as to how to proceed nor to consult with him about the content of his complaint. However, because Plaintiff is seeking consultation regarding how to proceed with his claim, the request for an extension of time to amend his complaint will be granted. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for a hearing (Doc. 4) is **DENIED**;
2. Plaintiff's motion for an extension of time (Doc. 5) is **GRANTED**; and
3. Plaintiff **SHALL** file an amended complaint no later than **May 20, 2018**.

**<u>Plaintiff is advised that if he fails to file an amended complaint, the action may be dismissed for failure to prosecute and failure to obey the Court's order</u>**.

IT IS SO ORDERED.

Dated: **April 20, 2018**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE