**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY JOE PEARSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAKERSFIELD POLICE DEPARTMENT,<br>et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-0372- LJO- JLT<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE DOCUMENTS WITHIN THIRTY DAYS |

Cory Joe Pearson asserts officers with the Bakersfield Police Department used excessive force after he surrendered to an arrest. (Doc. 7) The Court has determined that Plaintiff alleged facts sufficient to support his claims against Officers Thomas, Arvizu, Montgomery, and the "Doe" officers. Accordingly, the Court **ORDERS**:

1. Service of Plaintiff's Third Amended Complaint is appropriate for, and shall be initiated on Officer Thomas (badge #1159), Officer Arvizu (badge #1176), Officer Montgomery (badge #1151), and "Doe" officers;

2. The Clerk of the Court is directed to send Plaintiff three (3) USM-285 forms, three (3) summons, one (1) Notice of Submission of Documents form, an instruction sheet, and a copy of the Third Amended Complaint filed on July 18, 2018 (Doc. 12).

3. Within **thirty days** from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with

the following documents:

    a. One completed USM-285 form for each defendant listed above;

    b. One completed summon for each defendant listed above; and

    c. Four copies of the First Amended Complaint.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **Plaintiff is cautioned that failure to comply with this order will result in dismissal of the action pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated: **August 2, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE