# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JOE PEARSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BAKERSFIELD POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-0372- LJO- JLT<br><br>ORDER DENYING THE PLAINTIFF'S REQUEST TO USE ELECTRONIC FILING<br>(DOC. 16) |

    The plaintiff has filed a request to be permitted to electronically file his documents. (Doc. 16) His request fails to comply with Local Rule 133. Instead, his request is on a form issued by the Central District of California and, apparently, he did not consult this Court's Local Rules. (Doc. 16) Most notably he fails to provide any explanation why he should be permitted to file electronically. Thus, his request is DENIED without prejudice.

IT IS SO ORDERED.

    Dated: **August 31, 2018**                 **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE