# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JOE PEARSON,<br><br>        Plaintiff,<br><br>      v.<br><br>BAKERSFIELD POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-0372-LJO - JLT<br><br>ORDER TO UNITED STATES MARSHAL TO SERVE PLAINTIFF'S FIRST AMENDED COMPLAINT |

Cory Joe Pearson is proceeding *pro se* and *in forma pauperis* with an action pursuant to 42 U.S.C. § 1983 for a violation of his civil rights. This Court ordered Plaintiff to provide information for service of process on Form U.S.M.-285, sufficient copies of the Third Amended Complaint for service, and a notice of compliance. (Doc. 14) On August 30, 2018, Plaintiff provided the documents required by the Court's order. (Doc. 27) Therefore, good cause appearing, this Court:

    1.    DIRECTS this Court's clerk to forward to the U.S. Marshal:

          a.    One completed and issued summons for each defendant to be served;

          b.    One completed Form U.S.M.-285 for each defendant to be served;

          c.    One copy of the Third Amended Complaint filed on July 18, 2018 (Doc. 12) for each defendant to be served, with an additional copy for the U.S. Marshal;

          d.    One copy of this order for each defendant to be served, with an additional copy for the U.S. Marshal; and

1

e. One copy of the Court's consent form for each defendant to be served.
2. DIRECTS the U.S. Marshal, within 10 days from this order's date, to notify the defendant of the commencement of this action and to request a waiver of service in accordance with Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c);
3. DIRECTS the U.S. Marshal to file returned waivers of service and a copy of the complaint in its file for future use;
4. DIRECTS the U.S. Marshal that, if a waiver of service is not returned by the defendants within 60 days of the date of mailing the request for waiver, to personally serve process and a copy of this order on defendants pursuant to Federal Rule Civil Procedure 4 and 28 U.S.C. § 566(c);
5. DIRECTS the U.S. Marshal, within 10 days after personal service is accomplished, to file the return of service for the defendants along with evidence of attempts to secure waiver of service of process and costs subsequently incurred to effect service of the defendant. Such costs shall be enumerated on the Form U.S.M.-285 and shall include the costs incurred by the U.S. Marshal to make additional photocopies of the summons and complaint and to prepare new Forms U.S.M.-285, if needed. Costs of service will taxed against the defendants, pursuant to Federal Rule of Civil Procedure 4(d)(2); and
6. DIRECTS the U.S. Marshal not to serve the defendants if they first appear in this action by filing an answer, dispositive motion or other pleading.

IT IS SO ORDERED.

Dated: **September 5, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2